UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Jose Abraham Espino-Rangel, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-0600 (ESH) |
| United States of America, | ) ) ) | |
| Respondent. | ) ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for want of jurisdiction.

This is a final appealable Order.

                                                     /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

DATE: April 22, 2008